**SUMMONS IN A CIVIL ACTION    COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER**

CLEVELAND, OHIO 44113

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV14834416 | D3 FX | 24599011 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

ANITA ARRINGTON-BEY, ADMINISTRATRIX
OF THE ESTATE
**VS**
CITY OF BEDFORD HEIGHTS, ET AL.

**PLAINTIFF**

**DEFENDANT**

## SUMMONS

OFFICER MAURICE ELLIS
5661 PERKINS ROAD
BEDFORD HEIGHTS OH 44146

You have been named defendant in a complaint
(copy attached hereto) filed in Cuyahoga County
Court of Common Pleas, Cuyahoga County Justice
Center, Cleveland, Ohio 44113, by the plaintiff
named herein.

You are hereby summoned and required to
answer the complaint within 28 days after service
of this summons upon you, exclusive of the day of
service.

*Said answer is required to be served on:*



Said answer is required to be served on Plaintiff's
Attorney (Address denoted by arrow at left.)

**Plaintiff's Attorney**

TERRY H GILBERT
55 PUBLIC SQUARE, SUITE 1055

CLEVELAND, OH 44113-0000

Your answer must also be filed with the court
within 3 days after service of said answer on
plaintiff's attorney.

If you fail to do so, judgment by default will be
rendered against you for the relief demanded in the
complaint.

**Case has been assigned to Judge:**

STUART A FRIEDMAN
Do not contact judge. Judge's name is given for
attorney's reference only.

**ANDREA F. ROCCO**
Clerk of the Court of Common Pleas

| DATE |
|---|
| Oct 17, 2014 |

By _____
Deputy

COMPLAINT FILED  10/17/2014

