**SUMMONS IN A CIVIL ACTION    COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER**
**CLEVELAND, OHIO 44113**

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV14834416 | D5 FX | 24599212 |

Rule 4 (B) Ohio

Rules of Civil Procedure

ANITA ARRINGTON-BEY, ADMINISTRATRIX
OF THE ESTATE
VS
CITY OF BEDFORD HEIGHTS, ET AL.

PLAINTIFF

DEFENDANT

# SUMMONS

DAVID LEONARDI, ASSISTANT POLICE CHIEF
5661 PERKINS ROAD
BEDFORD HEIGHTS OH 44146

You have been named defendant in a complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Said answer is required to be served on:



Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

**Plantiff's Attorney**

TERRY H GILBERT
55 PUBLIC SQUARE, SUITE 1055

CLEVELAND, OH 44113-0000

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

Case has been assigned to Judge:

STUART A FRIEDMAN
Do not contact judge. Judge's name is given for attorney's reference only.

ANDREA F. ROCCO
Clerk of the Court of Common Pleas

| DATE |
|---|
| Oct 17, 2014 |

By_____
Deputy

COMPLAINT FILED  10/17/2014



CMSN130