UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANITA ARRINGTON-BEY, Administratrix of the Estate of OMAR K. ARRINGTON-BEY, | ) ) ) | CASE NO.: 1:14-CV-02514 |
| | ) | JUDGE: PATRICIA A. GAUGHAN |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | **MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS BEDFORD HEIGHTS, TIM HONSAKER,** |
| CITY OF BEDFORD HEIGHTS, et al., | ) ) | **MAURICE ELLIS, PHILLIP CHOW, DAVID LEONARDI, JEFFREY MUDRA,** |
| Defendants | ) ) | **CHERYL SINDONE, CYNTHIA LEE, AND CAROLYN HILL** |

Now come Defendants, City of Bedford Heights, Officer Tim Honsaker, Officer Maurice Ellis, Officer Phillip Chow, Assistant Police Chief David Leonardi, Officer Jeffrey Mudra, Officer Cheryl Sindone, Officer Cynthia Lee, and Officer Carolyn Hill, by and through counsel, Mazanec, Raskin & Ryder Co., L.P.A., and pursuant to Federal Rule of Civil Procedure 56, move this Honorable Court for an order granting them summary judgment and dismissing with prejudice all of Plaintiff's claims against them. This Motion is supported by the attached Brief in Support, exhibits and affidavits all of which are attached hereto and fully incorporated herein.

                    Respectfully submitted,

                    MAZANEC, RASKIN & RYDER CO., L.P.A.

                    *s/John D. Pinzone*
                    JAMES A. CLIMER (0001532)
                    JOHN D. PINZONE (0075279)
                    100 Franklin's Row
                    34305 Solon Road
                    Cleveland, OH  44139
                    (440) 248-7906
                    (440) 248-8861 – Fax
                    Email:   jclimer@mrrlaw.com

jpinzone@mrrlaw.com

*Counsel for Defendants City of Bedford Heights, Officer Tim Honsaker, Officer Maurice Ellis, Officer Phillip Chow, David Leonardi, Jeffrey Mudra, Cheryl Sindone, Cynthia Lee and Carolyn Hill*

### CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2015, a copy of the foregoing Defendants' Motion for Summary Judgment was filed electronically.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*s/John D. Pinzone*
JAMES A. CLIMER (0001532)
JOHN D. PINZONE (0075279)

Counsel for Defendants City of Bedford Heights, Officer Tim Honsaker, Officer Maurice Ellis, Officer Phillip Chow, David Leonardi, Jeffrey Mudra, Cheryl Sindone, Cynthia Lee and Carolyn Hill

NORMA-130139/MSJ of Defendants