IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

- - -

ANITA ARRINGTON-BEY, etc., )
)
       Plaintiff, )
)
v. ) Case No. 1:14-CV-02514
) Judge Patricia A. Gaughan
THE CITY OF BEDFORD HEIGHTS,)
et al., )
)
       Defendants. )

- - -

THE DEPOSITION OF LISA DELUCA

TUESDAY, AUGUST 18, 2015

- - -

    The deposition of LISA DELUCA, a witness, called for examination by the Plaintiff, under the Federal Rules of Civil Procedure, taken before me, Kristine M. Esber, a Notary Public in and for the State of Ohio, pursuant to agreement of counsel, at the offices of Mazanec, Raskin & Ryder Co., L.P.A., 34305 Solon Road, Cleveland, Ohio, commencing at 9:38 a.m., the day and date above set forth.

- - -

HOFFMASTER & BARBERIC, INC.
THE GRAY'S BLOCK, SUITE 440
1360 WEST NINTH STREET
CLEVELAND, OH 44113
(216) 621-2550
FAX (216) 621-3377
1-888-595-1970



EXHIBIT C

Page 13

1  2013 there was no nurse assigned to the jail for two to
2  three days on average per week?
3  **A.    Correct.**
4  Q.    Okay. Were you on duty, by the way -- and I'm
5  just kind of going to jump ahead a little bit, but
6  we'll go back with some more general things. But were
7  you on duty when Omar Arrington-Bey passed away in the
8  jail?
9  **A.    No.**
10 Q.    Was any nurse on duty that day?
11 **A.    Yes.**
12 Q.    Do you know if any nurse was on duty at the time
13 that he died?
14 **A.    No.**
15 Q.    Is that no, you don't know, or no, no nurse was
16 on duty?
17 **A.    No nurse was on duty.**
18 Q.    Thanks. Okay. So talking about Bedford Heights
19 jail, can you tell me about -- now, I know the jail has
20 closed at this point in time. But at the time that the
21 jail closed what were your job duties up until that
22 time -- at that moment in time rather?
23 **A.    I did sick call where I'd go and see the inmates**
24 **that need medical attention. I would listen to their**
25 **complaints and I would give that information to the**

Hoffmaster & Barberic, Inc.
(216) 621-2550

1  doctor, and then follow his orders.
2  Q.    When you say sick call, does that include any
3  kind of treatment or just visiting and passing
4  medications?
5  A.    I did not pass medications there. I would go
6  and see which inmates need to see me. They would tell
7  me their complaints. And then, like I said, I'd go to
8  the doctor and do whatever he said to do.
9  Q.    Okay. So if he told you to provide some kind of
10 treatment, then you provided treatment; is that
11 accurate?
12 A.    Correct.
13 Q.    Did he provide treatment as well, or was that
14 mostly your job?
15 A.    He could. I wasn't there when he was there, so
16 I don't know.
17 Q.    Okay. If you didn't pass medications, who did
18 the passing of medications?
19 A.    Corrections officers.
20 Q.    Was that always the case from the time that you
21 worked in the jail?
22 A.    Yes.
23 Q.    Did your job duties change at all over time?
24       You were there for 15 years. So was this set of
25 things you just described for me your duties throughout

1  Q.    So was this just in effect continually as far as
2  you're aware --
3  **A.    Yes.**
4  Q.    -- through the duration of your employment at
5  the jail?
6  **A.    Yes.**
7  Q.    Okay. So under the section titled essential
8  duties and responsibilities, Number 2 states that one
9  of the duties you would do is responds to emergency
10 medical problems that arise within the city jail.
11       So first of all, what's an emergency medical
12 problem that would arise within the jail; can you give
13 me some examples?
14 **A.    Someone having difficulty breathing.**
15 Q.    Anything else?
16 **A.    Someone becomes injured.**
17 Q.    Okay. Anything else?
18 **A.    That's all I can think of.**
19 Q.    Does that ever include mental health
20 emergencies?
21 **A.    Yes.**
22 Q.    What kinds of mental health emergencies?
23 **A.    Like if someone said they were suicidal.**
24 Q.    Okay. So suicidal ideation is a medical
25 emergency here. Any other mental health related issues

1  that would constitute emergency medical problems as far
2  as your contract contemplates?
3  A.    No.
4  Q.    And what does it mean to respond?
5        It says you respond to emergency medical
6  problems.  What's the response?
7  A.    If I was on site the staff would call me and I
8  would go to where the problem was.
9  Q.    And what, you just go there and stand there, or
10 do you do something?
11       I mean tell me more.
12 A.    I assess the situation, and then if need be,
13 call 9-1-1, call the doctor, whatever needs to be done.
14 Q.    Okay.  What if you're not there during an
15 emergency medical problem?
16 A.    They would contact Bedford Heights rescue squad.
17 Q.    Who's they?
18 A.    The corrections officers.
19 Q.    So then they're tasked at that point with
20 determining whether or not there's a medical emergency,
21 even though they're not medical staff at the jail?
22 A.    Correct.
23 Q.    And do you know whether the COs or corrections
24 officers would call for any mental health issues other
25 than suicide, call you said Bedford Heights rescue

1  she would just come in like maybe once a week. And I
2  was coming in three times a week. And I guess I was
3  there more often. I don't know.
4  Q.     Was it anything other than just being there more
5  often, to your knowledge?
6  A.     Not that I remember.
7  Q.     Okay.
8  A.     It's a long time ago.
9  Q.     Okay. Were there any other changes to the
10 medical program that you contributed over the years,
11 other than showing up more?
12 A.     Just like putting together the training packet
13 for the officers.
14 Q.     Okay.
15 A.     I think that was about it.
16 Q.     Okay. This is from 2000. This is a little
17 document on a pay raise. And the document states that
18 you work very well with the jail doctor. And I just
19 wonder if you could elaborate on that a little bit for
20 me. In 2000 what were they talking about you working
21 well with the jail doctor?
22 A.     The whole time it was the same jail doctor and
23 we always got along. And I'm good about following the
24 rules. So if he told me to do something, I did it; so
25 that could be why.

1  they had group meetings.
2  Q.    Are you talking about counseling, or are you
3  talking about other types of treatment?
4  A.    I think just talking to them, counseling.
5  Q.    Okay. And were the staff from Recovery
6  Resources who came to the jail psychiatrists?
7  A.    No.
8  Q.    Who were they; what types of licensure did they
9  have?
10 A.    I don't know.
11 Q.    But you know they were not psychiatrists?
12 A.    Correct.
13           MR. CLIMER:           Can we take just
14           a moment?
15           MS. GREENE:           Sure. Do you
16           want to take a five-minute break?
17           MR. CLIMER:           Sure.
18                (Thereupon, there was a recess.)
19 BY MS. GREENE:
20 Q.    So if you were made aware that an inmate or
21 detainee entered the jail with some loose pills in a
22 baggie, would you try to contact a pharmacy or
23 prescribing physician to verify that medication?
24 A.    Yes.
25 Q.    What if you didn't know where that medication

Page 67

1  came from or you didn't know the prescribing
2  physician's name, what would you do then?
3  A.     There would be nothing to do because I don't
4  have any information.
5  Q.     You wouldn't call Dr. Feltoon?
6  A.     To tell him a bag of pills?
7  Q.     Yeah.
8  A.     No.
9  Q.     Would you ask the inmate anything about the
10 pills?
11 A.     Yes.
12 Q.     And what would you ask them?
13 A.     What they were, what they were taking them for,
14 the name of the pharmacy or the name of the physician.
15 Q.     Is that something to your knowledge that COs
16 also would do if they --
17 A.     I don't know.
18 Q.     Okay.  To your knowledge, or rather if someone
19 comes into the jail with medication that you know is
20 related to a psychiatric issue, would you do anything
21 out of the normal course of action when you encountered
22 that person and learned that they had medication
23 related to a psychiatric issue with them when they came
24 in?
25 A.     If they had the medication in a prescription

| | |
|---|---|
| 1 | A. Yes. |
| 2 | Q. How would that come about? |
| 3 | A. If the patient would come in and offer some |
| 4 | complaints, I would call him and he would -- he could |
| 5 | order Ativan. |
| 6 | Q. So that's only if a patient offers complaints. |
| 7 | Is that ever based on self reporting or questions from |
| 8 | the inmate him or herself? |
| 9 | A. Yes. |
| 10 | Q. Would the doctor ever be called and/or already |
| 11 | be present and prescribe something like Ativan in |
| 12 | relation to behavior observed by you or observed by COs |
| 13 | and then reported to the doctor? |
| 14 | A. I don't recall a time that he did when I |
| 15 | reported behavior. I don't know with the corrections |
| 16 | officers. |
| 17 | Q. Okay. So let's talk about training of COs. You |
| 18 | mentioned earlier that you did training for the |
| 19 | correctional officers. What type of training did you |
| 20 | do? |
| 21 | A. The four minute rule. |
| 22 | Q. What's that? |
| 23 | A. That means if there's a medical emergency, who |
| 24 | you had to notify within four minutes. |
| 25 | Q. Can you tell me what the -- |

1  A.    You have to notify the officer in charge,
2  medical staff on duty, the doctor, the administrator.
3  Q.    What constitutes a medical emergency that would
4  trigger the four minute rule?
5  A.    Someone having a heart attack.
6  Q.    Is that it?
7  A.    That's all I can think of.
8  Q.    Okay.  What other training did you do for the
9  correctional officers?
10 A.    Passing medications, diabetic emergencies,
11 infection control, suicide prevention.  I think it was
12 just those five.
13 Q.    Was the training that you did for the COs formal
14 or informal?
15 A.    Formal.
16 Q.    Was curriculum associated with all of those
17 trainings?
18 A.    Yes.
19 Q.    When did you start doing training for
20 correctional officers?
21       Have you done it through your whole 15 or 16
22 years?
23 A.    Probably the second year that I was there.
24 Q.    And did you continue that all the way until the
25 time the jail closed?

1  A.    Yes.
2  Q.    How often did you do training for COs?
3  A.    Yearly.
4  Q.    When you trained the COs yearly, did you train
5  all the COs at one time?
6  A.    No.
7  Q.    How did it work?
8  A.    **In the beginning we would do it as like small**
9  **groups or individually per shift. And then the past**
10 **few years we had a booklet made and we'd give that to**
11 **the officers, and it was like self learning modules.**
12 Q.    Okay. Would every correctional officer on a
13 staff go through the training you offered at some point
14 during the year, or were there ever people who missed
15 the training?
16 A.    **Everyone did it.**
17 Q.    Did you ever present training to the COs at the
18 jail specifically on the booking system medical
19 evaluation form and how to use it?
20 A.    No.
21 Q.    Do you know what the booking system medical
22 evaluation form is?
23 A.    I've seen it.
24 Q.    Did you ever get trained on how to use the
25 booking system medical evaluation form?

Page 75

1  topic?
2  **A.    No.**
3  Q.    How often did you do training for jail personnel
4  on suicide?
5  **A.    Yearly.**
6  Q.    And you only covered suicide, not other mental
7  health problems or other mental health issues?
8  **A.    I mean what was in the video for the suicide.**
9  Q.    Okay.  Is there any documentation of the
10 training you provided to the COs?
11 **A.    Yes.**
12 Q.    In what form?
13 **A.    The test results.**
14 Q.    And do you know whether those test results were
15 stored anywhere; did you keep them, or where did they
16 go?
17 **A.    I kept them.  I gave a copy to Assistant Chief**
18 **Leonardi.  And when the jail closed we boxed them up**
19 **and stored them.**
20 Q.    Okay.  Through discovery we were given I believe
21 two packets of information here, and they were related
22 to training you did for COs I believe; is that true?
23 **A.    That's correct.**
24 Q.    Can you give me the titles of those documents?
25          MR. CLIMER:          Do you have an

Page 77

1      MR. CLIMER:                I'm going to
2           object, but go ahead.
3  BY MS. GREENE:
4  Q.    How did you use those documents in training with
5  COs?
6  A.    There was a video that accompanied this and the
7  officers watched the video and take a test.
8  Q.    What was the video about?
9  A.    It was like three or four scenarios about types
10 of people that would commit suicide in jails.
11 Q.    Okay.  And in that video was there any
12 discussion of mental health issues outside of suicide?
13 A.    Just as they were related to suicide.
14 Q.    Can you give me some examples?
15 A.    I haven't watched the video in about a year, so
16 I can't.
17 Q.    Do you know if the video discussed, for example,
18 bipolar?
19 A.    I would have to see the video again to tell you
20 if it did or not.
21 Q.    Okay.  And is this the test you're talking
22 about?
23 A.    Yes.
24 Q.    Bates 2383, titled Bedford Heights corrections
25 suicide prevention and crisis intervention test 2015.