Page 1

IN THE COURT OF COMMON PLEAS

CUYAHOGA COUNTY, OHIO

```
ANITA ARRINGTON-BEY,            ) Case No.1:14-CV-02514
Administratix of the Estate)
of OMAR K. ARRINGTON-BEY,       )
2533 Cheshire Road              )
Shaker Heights, OH 44120,       )
                                )
           Plaintiff,           )
                                )
     vs.                        )
                                )
CITY OF BEDFORD HEIGHTS,        )
et al.                          )
                                )
           Defendants.          )
_____)
```

DEPOSITION OF ANITA ARRINGTON-BEY

Date and Time:    Tuesday, April 21, 2015
                  10:04 a.m. - 12:01 p.m.

Location:         100 Franklin's Row
                  34305 Solon Road
                  Cleveland, Ohio

Reporter:         Ariela Pastel, CSR

EXHIBIT E

1        A.    I'll go to the restroom.
2        Q.    Yeah, one thing I didn't tell you
3   about in these instructions is this isn't some
4   kind of an endurance contest.  If you need a
5   break, let us know.
6        A.    Okay.
7             (Whereupon, a recess was held
8              from 10:53 a.m. to 10:58 a.m.)
9   BY MR. CLIMER:
10       Q.    I think we were moving over to June
11  21st of '13.  And as I understand it, Omar wanted
12  to pick up his last paycheck from Lowe's?
13       A.    Right.
14       Q.    How did that come up?
15       A.    Well, originally, I was taking him
16  to school, and we dropped off a friend we had
17  picked up at a bus stop at the school, and Omar
18  said he wanted to go to Lowe's.
19       Q.    And where is the school located?
20       A.    The school is on Richmond close to
21  Emery and Richmond.
22       Q.    Had Omar ever talked to you before
23  about issues with his last paycheck?
24       A.    I had taken him there.  This was
25  about the fourth time I had taken him there to try

1    A.   Yes.
2    Q.   And somewhere in this period of
3 time, Omar decided, "I'm not going to school. I
4 want to pick up my paycheck"?
5    A.   Right.
6    Q.   How did he communicate that to you?
7    A.   When we dropped the gentleman off
8 at his school, Omar said, "Take me to Lowe's. I
9 want to see about the check."
10   Q.   When did he begin -- or crying or
11 misting up?
12   A.   That was before we picked the
13 gentleman up.
14   Q.   Got you.
15   A.   That was before we picked the
16 gentleman up.
17   Q.   So between home and ITT, was Omar
18 acting normally?
19   A.   Yes. He actually was talking to
20 the guy about if he went to church, if he believed
21 in God once he got in the car and stuff like that.
22 His grandfather was a pastor. He was a minister.
23   Q.   When the idea came to Omar to go to
24 Lowe's instead of ITT, did he communicate this to
25 you calmly?

Page 47

```
 1          A.   Yes.
 2          Q.   And you agreed to take him over to
 3   Lowe's?
 4          A.   Yes.
 5          Q.   Anything unusual happen on the way
 6   to Lowe's?
 7          A.   No.
 8          Q.   And he continued to act calm and
 9   normal?
10          A.   Yes.
11          Q.   If I understand correctly, at the
12   point you pulled into Lowe's, there's a guy
13   playing the guitar in the car, and Omar goes, "Who
14   comes to Lowe's and plays the guitar"?
15          A.   Right.
16          Q.   What happened from there?
17          A.   He got out the car, went to the
18   young man's car.  They talked.  Omar got in the
19   car, and they sat there, and they -- he continued
20   to play.  Omar sang.  They rapped.
21               And then after about 15 minutes or
22   so, Omar got out and walked into Lowe's.  He
23   didn't stop back at my car.  He just went straight
24   from his car to Lowe's.
25          Q.   Did this gentleman act startled or
```

1 everything else out.

2    Q.   Now, were these medications -- it's
3 alleged in the complaint that these medications
4 were in a bottle.

5    A.   I'm not sure what they were in.

6    Q.   Do you know if they were loose?

7    A.   I don't know.

8    Q.   Do you know if the police gave you
9 Omar's cell phone?

10   A.   Yes.

11   Q.   Anything else that you can recall?

12   A.   No.  Because I'm not really sure
13 exactly what he had in his pocket.  I don't even
14 know if they gave me his keys.  They might have
15 been in the jacket that was in his car.

16   Q.   And you took possession of whatever
17 it is that the police gave back to you?

18   A.   Yes.  They just put it on the car
19 seat.  They didn't physically hand it to me.

20   Q.   To your knowledge, after Omar said
21 "I need these medications to sleep," the officer
22 put them back in his pocket?

23   A.   Yes.

24   Q.   And what happened then?

25   A.   They handcuffed him before they

Page 54

1  started taking stuff out his pocket, and then once
2  they had taken everything out his pocket, they put
3  him in the police car.
4             And the two Caucasian officers got
5  in the car with him, and they went back to Lowe's.
6  The African-American officer came to my side of
7  the car and started questioning me about Omar's
8  address and social and stuff like that.
9             And I told him Omar was bipolar,
10 and he asked me what kind of medication. I told
11 him Seroquel was the only one he took.
12            And he -- after questioning me
13 about my information, Omar's information, he told
14 me that they would -- if Lowe's did not press
15 charges, they would release Omar, and I can go
16 back and see. So he actually stopped traffic so I
17 could make a U-turn and go back to Lowe's.
18       Q.   So the African-American officer
19 told you that if Lowe's elected not to press
20 charges, then he could be released to you?
21       A.   Right.
22       Q.   So he helped you make the turn back
23 into Lowe's, and you went there and waited?
24       A.   Right.
25       Q.   Did you ever tell the

1  African-American officer or any of the other
2  officers that Omar had not been taking his
3  medications?
4         A.    Yes.
5         Q.    Who did you tell that to?
6         A.    I told the African-American he was
7  on Seroquel, but he hadn't been taking it.  And I
8  also told the officer that did not go into
9  Lowe's --
10        Q.    This is once you arrived back?
11        A.    Once I arrived back at Lowe's, I
12 parked not too close to where the police car was,
13 and then I moved closer.
14              And once I moved closer, I could
15 see Omar's mouth moving, and then the officer that
16 was in the car with him came to my car, and he
17 told me that your son has been rambling ever since
18 he got in the car from one subject to the next,
19 you know.
20              And so I told him that Omar was
21 bipolar and he had not been on his meds.  And so
22 he said, "Well, he's agitated by you being here,
23 and he's asking that you go home.  And if he is
24 not charged, he will walk home."
25        Q.    This is the officer relating what