IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

- - -

| | |
|---|---|
| ANITA ARRINGTON-BEY, etc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:14-CV-02514 |
| ) | Judge Patricia A. Gaughan |
| THE CITY OF BEDFORD HEIGHTS, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

- - -

THE DEPOSITION OF CYNTHIA LEE

THURSDAY, APRIL 16, 2015

- - -

The deposition of CYNTHIA LEE, a witness, called for examination by the Plaintiffs, under the Federal Rules of Civil Procedure, taken before me, Kristine M. Esber, a Notary Public in and for the State of Ohio, pursuant to notice, at the offices of Friedman & Gilbert, 55 Public Square, Suite 1055, Cleveland, Ohio, commencing at 1:07 p.m., the day and date above set forth.

- - -

HOFFMASTER & BARBERIC, INC.
THE GRAY'S BLOCK, SUITE 440
1360 WEST NINTH STREET
CLEVELAND, OH  44113
(216) 621-2550
FAX (216) 621-3377
1-888-595-1970

EXHIBIT J

1  Q.   So because it happens often that means it's
2  normal behavior?
3  **A.   Oh, I wouldn't say that.**
4  Q.   If you saw that outside the jail with somebody
5  breaking paint or whatever at Lowe's who worked there
6  and somebody's talking nonstop and talking nonsense,
7  you put them in a segregation cell and he's dancing and
8  he's talking crazy with you --
9  **A.   He wasn't talking crazy with me.**
10 Q.   What did he say to you?
11 **A.   He said, you like that, don't you.**
12 Q.   What do you mean you like that?
13 **A.   The way he was dancing and taking his belt off.**
14 Q.   Okay.  And was he ranting?
15 **A.   No.**
16 Q.   Did you see him kick the cell door?
17 **A.   I heard him kick it.**
18 Q.   So you knew he was kicking the cell door, right?
19 **A.   Yeah.  I heard him kick it.**
20 Q.   Did he make remarks about white officers?
21 **A.   Not that I heard.**
22 Q.   Did you feed him?
23 **A.   No.**
24 Q.   Do you know how he got his meals?
25 **A.   No.**

1  Q.    What did you or anyone do in response to him
2  kicking the cell door?
3  A.    We would ask him to stop if he was kicking the
4  the cell door.
5  Q.    Okay. And at this time you had no idea that he
6  had any kind of medications, psychiatric or otherwise,
7  on his person?
8  A.    Well, when he was searched he had pills I think.
9  I don't know how many it was. Probably three or four
10 pills on him.
11 Q.    You don't know what those pills were for, did
12 you?
13 A.    No.
14 Q.    Did you ask him?
15 A.    No. I didn't ask him.
16 Q.    Okay. And that's an important piece of
17 information that you need to know concerning the
18 medical and mental health situation of a person when
19 they're brought in from the outside into the jail,
20 right?
21 A.    Yes.
22 Q.    And you had these pills in the jail's possession
23 while he's in the segregation room kicking the door?
24 A.    Okay.
25 Q.    Correct; is that right?